IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD EARP,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MARIO VEREET, et al.,** | : | **NO. 17-2716** |
| *Defendants*. | : | |

**O R D E R**

    **AND NOW, TO WIT:** This 16th day of January, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

    S/Shelli L. MacElderry
    Shelli L. MacElderry for
    Rose A. Barber
    Deputy Clerk - Civil
    For Judge Gene E.K. Pratter
    267-299-7352

Copy sent by ECF to:
Marc I. Simon
Andrew L. Baron
Jessalyn Gillum
Katie E. Walsh
William E. Remphrey, Jr.
Peter Bludman